STATE OF NEW JERSEY v. ROBERT SNOW.

July 12, 1977. Petition for certification granted. (See 149 *N. J. Super.* 276)

STATE OF NEW JERSEY v. AUBREY WALTER BROWN.

July 12, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. PHILLIP MURPHY.

July 12, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE ELLERBEE.

July 12, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. DONALD A. FARINELLA.

July 12, 1977. Petition for certification denied. (See 150 *N. J. Super.* 61)

PRELOE HARRIS v. BELL STAR CONSTRUCTION, INC.

July 12, 1977. Petition for certification denied.